UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES EDWARD TENNANT,
STEPHANIE TENNANT, his wife,
individually, and on behalf of J.T., his child.

CASE NO. 3:16-cv-1276-HES-JBT

    Plaintiffs,

v.

HANDI-HOUSE MFG. CO. and
THOMAS D. LOVE,

    Defendants.
_____/

## PLAINTIFF STEPHANIE TENNANT'S NOTICE OF SERVING PROPOSAL FOR SETTLEMENT TO DEFENDANT HANDI-HOUSE MFG. CO. ONLY

Plaintiff, **STEPHANIE TENNANT**, by and through her undersigned attorneys, hereby gives notice of serving upon Defendant **HANDI-HOUSE MFG. CO** her Proposal for Settlement pursuant to § 768.79, Fla. Stat., and Rule 1.442, Fla. R. Civ. P., this 8th day of August, 2017.

                                        COKER, SCHICKEL, SORENSON,
                                        POSGAY, CAMERLENGO &
                                        IRACKI, P.A.


                                        /s/ Daniel A. Iracki, Esq.
                                      **DANIEL A. IRACKI, ESQUIRE**
                                      Florida Bar No.: 0041212
                                      **HOWARD C. COKER, ESQUIRE**
                                      Florida Bar No.: 141540
                                      **N. JOEL HARRIS, ESQUIRE**
                                      Florida Bar No.: 0048975
                                      **STEFANO D. PORTIGLIATTI, ESQUIRE**
                                      Florida Bar No.: 107738
                                      P.O. Box 1860 / 136 East Bay Street
                                      Jacksonville, FL  32201-1860 / 32202

>DAI@cokerlaw.com (Primary)
>AJH@cokerlaw.com (Secondary)
>LAM@cokerlaw.com (Secondary)
>(904) 356-6071
>(904) 353-2425 - facsimile
>Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via electronic mail to **E.T. Fernandez, Esq. And Sorena S. Fallin, Esq.**, at pleadings@fernandeztl.com 8th day of **August, 2017.**

>_/s/ Daniel A. Iracki, Esq._
>Attorney