UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JAMES EDWARD TENNANT,**
**STEPHANIE TENNANT, his wife,**
**individually, and on behalf of J.T., his child.**

                                               CASE NO. 3:16-cv-1276-HLA-MCR

    **Plaintiffs,**

    v.

**HANDI-HOUSE MFG. CO. and**
**THOMAS D. LOVE,**

    **Defendants.**
_____/

## VERDICT

We, the jury, return the following verdict:

1. Was there negligence on the part of THOMAS D. LOVE that was a legal cause of loss, injury or damage to the JAMES TENNANT?

    YES_____        NO_____

    If your answer to question 1 is no, your verdict is for the Defendants and you should do nothing more than sign and date this verdict form and return it to the courtroom. If however your answer to question 1 is yes, proceed to question 2.

2. Was there negligence on the part of JAMES TENNANT that was a legal cause of his loss, injury or damage.

    YES_____        NO_____

If your answer to question 2 is no, please proceed to question 4. If, however, your answer to question 2 is yes, proceed to question 3.

3. What is the percentage of any fault which was a legal cause of loss injury or damage to JAMES TENNANT that you charge to:

    THOMAS D. LOVE    _____ %

    JAMES TENNANT    _____ %

                            **Total must be 100%**

In determining the amount of damages, do not make any reduction because of the negligence of JAMES TENNANT. If you find that JAMES TENNANT was to any extent negligent, the Court in entering judgment will make an appropriate reduction in the damages awarded.

4. What is the total amount of JAMES TENNANT'S damages for medical expenses incurred in the past, and medical expenses to be incurred in the future, caused by the incident in question?

    a.    In the past               $ _____

    b.    In the future             $ _____

Please answer question 5.

**5.    What is the total amount of JAMES TENNANT'S damages for lost earnings in the past and loss of earning capacity in the future, caused by the incident in question?**

      a.    In the past                $ _____

      b.    In the future             $ _____

**Please answer question 6.**

**6.    Did the Plaintiff, JAMES TENNANT, sustain an injury which consists in whole or in part of:**

      a.)    A significant and permanent loss of an important bodily function; or

      b.)    A significant and permanent scarring or disfigurement; or

      c.)    A permanent injury within a reasonable degree of medical probability?

      YES_____              NO_____

**If your answer to question 6. is yes, please answer question 7. If your answer to question 6 is no, then you should skip question the remaining questions and proceed to date and sign this verdict form and return it to the courtroom.**

7. What is the total amount of any damages suffered by Plaintiff JAMES TENNANT for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, and loss of the capacity for the enjoyment of life, caused by the incident in question?

   a. In the past  $ _____

   b. In the future  $_____

Please answer question 8.

8. Is JAMES TENNANT permanently and totally disabled as a result of the accident at issue?

  YES_____  NO_____

If your answer to question 8. is yes, please answer question 9. If your answer to question 8 is no, then you should skip question 9 and proceed to date and sign this verdict form and return it to the courtroom.

9. What is the total amount of J.T.'S damages for the loss of her father's society, comfort, attention, affection and services

   a. In the past   $ _____

   b. In the future   $ _____

*Please sign and date this verdict form and return it to the courtroom.*

  SO SAY WE ALL this _____ day of August, 2018.

                _____
                **Foreperson**